FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 22 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 10-30942 |
| WILLIAM W. GILLESPIE, JR. ) | |
| JIMMIE C. GILLESPIE ) | Chapter 11 |
| ) | |
| ) | |
| XXX-XX-3421 ) | |
| XXX-XX-5830 ) | |
| DEBTORS. ) | |

## ORDER

    **THIS MATTER**, coming before the Undersigned United States Bankruptcy Judge for the Western District of North Carolina, for the purpose of establishing the value of real property owned by the Debtors and provided for in Class XXIV of Debtor's Amended Plan and Disclosure Statement, on which America's Servicing Company holds Promissory Notes secured by corresponding Deeds of Trust.

    And it appearing to this Court that this matter is properly before the Court on due notice to all parties and that this Court has jurisdiction as to the parties and the subject matter hereto;

    And the Court, after considering the testimony of witnesses, arguments of counsel and a review of the record, makes the following findings of fact and conclusions of law as to the value of the subject properties for purposes of this Chapter 11 proceeding: 805 North Avon Street, Gastonia, North Carolina, is hereby valued at $53,000; 2525 Myers Street, Gastonia North Carolina, is hereby valued at $42,000; 2727 Westview Avenue, Gastonia, North Carolina, is hereby valued at $46,000; 726 East Davidson Avenue, Gastonia, North Carolina, is hereby valued at $63,000; 2519 Gardner Avenue, Gastonia, North Carolina, is hereby valued at $48,000; and 3054 Crawford Avenue, Gastonia Avenue is hereby valued at $39,500.00.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that the values of the subject properties listed in Class XXIV of the Debtor's Amended Plan and Disclosure Statement are established as follows for the purposes of this Chapter 11 proceeding: 805 North Avon Street, Gastonia, North Carolina, is hereby valued at $53,000; 2525 Myers Street, Gastonia North Carolina, is hereby valued at $42,000; 2727 Westview Avenue, Gastonia, North Carolina, is hereby valued at $46,000;  726 East Davidson Avenue, Gastonia, North Carolina, is hereby valued at $63,000; 2519 Gardner Avenue, Gastonia, North Carolina, is hereby valued at $48,000; and 3054 Crawford Avenue, Gastonia Avenue is hereby valued at $39,500.00.

This Order has been signed electronically.              United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.
.